JS-6

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK (CBN 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
  Federal Courthouse, 14th Floor
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-6166
  Facsimile: (213) 894-7177
  E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>$18,800.00 IN U.S. CURRENCY,<br><br>    Defendant<br><br>MICHAEL O. ODULATE,<br><br>    Claimant. | Case No.: CV 12-10575 MMM (JEMx)<br><br>[PROPOSED]<br><br>CONSENT JUDGMENT OF FORFEITURE |

Consent Judgment - 1

This action was filed on December 10, 2012. Notice was given and published in accordance with law. Claimant Michael O. Odulate ("Claimant") is the person from whom the defendant currency was seized. Claimant filed a timely statement of interest and answer. No other statements of interest or claims were filed, and the time for filing statements and answers has expired. Claimant denies any wrongdoing, and has denied the material allegations of the Complaint, except for jurisdiction.

Plaintiff and Claimant have reached an agreement that is dispositive of the entire action, and have stipulated and requested that judgment be entered on the following terms.

Good cause appearing, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. This Court has jurisdiction over Plaintiff, the defendant, Claimant and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants other than Claimant are deemed to have admitted the allegations of the Complaint. The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $9,400.00 of the defendant currency, plus all interest earned by the government since seizure on the entirety of the defendant currency. No other person or entity shall have any right, title or interest in the funds awarded to the United States. The government shall dispose of said assets in accordance with law.

4. The funds awarded to the United States are forfeited pursuant to the parties' stipulation, and the Court makes no finding regarding whether Claimant violated any law.

5. The remainder of the defendant currency (*i.e.*, $9,400.00), without interest, shall be paid to Claimant after entry of this judgment. Claimant shall, upon request, provide to the government, in writing, the information necessary for the government to make the payment called for herein by electronic funds or wire transfer in accordance with federal law.

6. The United States of America, its agencies, agents, and officers, including task force officers associated with the DEA/LAX Task Force, are released from any and all claims, actions or liabilities arising out of or related to the seizure of the defendant currency or this action. Each of the parties shall bear its own costs of suit, including attorneys' fees.

7. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: June 20, 2013

_____
THE HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

By the signatures hereunder, the parties hereby request that the Court enter this [Proposed] Consent Judgment of Forfeiture.

DATED: June 18, 2013            ANDRÉ BIROTTE, JR.
                                United States Attorney
                                ROBERT E. DUGDALE
                                Assistant United States Attorney
                                Chief, Criminal Division

                                     /S/
                                _____
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section

                                Attorneys for Plaintiff
                                United States of America

DATED: June ___, 2013

                                     /S/
                                _____
                                MICHAEL O. ODULATE

                                Claimant